

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MICHAEL VANUNU**
(516) 357-3337
michael.vanunu@rivkin.com

November 30, 2021

**VIA ECF**
Honorable Brian M. Cogan
United District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Government Employees Insurance Company et al v.*
               *Medical Supply Depot Group Corp. et al.*
               Civil Case No.: 1:21-cv-05242-BMC
               RR File No. 5100-3194

Dear Judge Cogan:

      This firm represents Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively, "GEICO" or "Plaintiffs") in the above-referenced action. Along with Defendants Medical Supply Depot Group Corp. and Nikolay Malinin (collectively, "Defendants"), we submit this letter in advance of: (i) the December 5th Deadline to file an Answer to the Complaint; (ii) the Initial Status Conference scheduled for December 7, 2021; and (iii) the deadline to submit a joint case management plan in advance of the Initial Status Conference, as set forth in the Court's November 17, 2021, Scheduling Order. See Docket Nos. 19, 20.

      Plaintiffs and Defendants (collectively, the "Parties") are pleased to report they have reached a settlement in principle, subject to the execution of a written agreement, which will resolve all the claims in this action. The Parties expect that they will be able to finalize a written agreement and file a stipulation of discontinuance within the next twenty (20) days. Accordingly, the Parties respectfully request a twenty (20) day adjournment of the deadline for Defendants to file an Answer, and the initial conference so they may finalize and execute the written agreement and file the appropriate stipulation with the Court.

      We thank the Court for its time and consideration.

                                                        Respectfully submitted,

                                                         RIVKIN RADLER LLP
                                                        *s/ Michael Vanunu*_____
                                                         Michael Vanunu

cc: All Counsel of Record (via ECF)

66 South Pearl Street, 11th Floor    25 Main Street                      477 Madison Avenue              2649 South Road
Albany, NY 12207-1533               Court Plaza North, Suite 501        New York, NY 10022-5843         Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199       Hackensack, NJ 07601-7082           T 212.455.9555 F 212.687.9044   T 845.473.8100 F 845.473.8777
                                    T 201.287.2460 F 201.489.0495